**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-2030**

———————

GEANNETTE J. FOSTER,

Plaintiff - Appellant,

versus

LAKE TAYLOR HOSPITAL,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Jerome B. Friedman, District Judge.
(CA-98-1153-2)

———————

Submitted:  November 16, 1999       Decided:  December 17, 1999

———————

Before WILKINS, NIEMEYER, and LUTTIG, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Geannette J. Foster, Appellant Pro Se.  Rebecca McFerren King, CITY ATTORNEY'S OFFICE, Norfolk, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Geannette Foster appeals the order of the district court granting summary judgment to the Respondent on Foster's claims under the Americans with Disabilities Act (ADA) and the Family and Medical Leave Act (FMLA); granting the Respondent's motion for judgment on the pleadings on Foster's claim under the Privacy Act of 1974; and denying Foster's motion to amend her complaint. We have reviewed the record and the opinion of the district court and find no reversible error. The district court properly found that Foster failed to present a prima facie case of discriminatory discharge under the ADA and that Foster failed to present evidence that the Respondent was on notice of her need for leave under the FMLA. The court did not abuse its discretion in declining to permit Foster to amend her complaint to add a state tort claim. We therefore affirm the district court's order.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2